**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MARY RUTH THORNE,

               Plaintiff,

   -against-                                     20 **CIVIL** 6513 (OTW)

                                                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 27, 2023, Plaintiff's Motion for Judgment on the Pleadings is GRANTED in part, and the Commissioner's Cross-Motion for Judgment on the Pleadings is DENIED in part. This matter is remanded for further administrative review, including but not limited to a de novo hearing and a new decision.

**Dated:**  New York, New York

      January 30, 2023

                                                        **RUBY J. KRAJICK**

                                                        _____
                                                           **Clerk of Court**

                            **BY:**      K. Mango

                                                           _____
                                                           **Deputy Clerk**